leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 99–1930. ALBERS *v.* SUPREME COURT OF MONTANA. Sup. Ct. Mont. Motion of Samuel Dash et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 99–1935. COLUMBUS-AMERICA DISCOVERY GROUP, INC. *v.* ATLANTIC MUTUAL INSURANCE CO. ET AL. C. A. 4th Cir. Motion of respondents for leave to file certain lodgings under seal granted. Motions of National Trust for Historic Preservation in the United States, National Association of Academies of Science, and National Maritime Historical Society for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 99–1957. HAVANA CLUB HOLDING, S. A., ET AL. *v.* BACARDI & CO. LTD. ET AL. C. A. 2d Cir. Motions of French National Committee of International Chamber of Commerce et al. and Organization for International Investment et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 99–1967. FRANCOLINO ET AL. *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Motion of National Association of Criminal Defense Lawyers et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 99–1971. CALIFORNIA ET AL. *v.* PARK. C. A. 9th Cir. Motion of Criminal Justice Legal Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 99–2010. BOSWELL *v.* TEXAS CHRISTIAN UNIVERSITY ET AL. C. A. 5th Cir. Motion of petitioner for leave to proceed as a veteran granted. Certiorari denied.

No. 99–9417. KELLY *v.* SMALL, WARDEN, ET AL. C. A. 9th Cir. Certiorari before judgment denied.

No. 99–9951. ALFORD *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Cer-

tiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.